UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JESUS MARAVILLA,** )<br>) | NO. CV 04-0684-DDP (MAN) |
| Petitioner,  )<br>) | ORDER ACCEPTING AND ADOPTING |
| ) | FINDINGS, CONCLUSIONS AND |
| v.    ) | RECOMMENDATIONS OF UNITED STATES |
| ) | MAGISTRATE JUDGE |
| **RICHARD RIMMER,**  )<br>) | |
| Respondent.  )<br>) | |
| _____ ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all of the records herein, the Report and Recommendation of United States Magistrate Judge, and Petitioner's Objections. The Court has conducted a *de novo* review of those matters to which objections have been stated in writing. Having completed its review, the Court accepts and adopts the Magistrate Judge's Report and Recommendation and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: (1) the First Amended Petition is DENIED; and (2) Judgment shall be entered dismissing this action with prejudice.

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2 Order and the Judgment on counsel for Petitioner and counsel for
3 Respondent.

5 DATED:  June 12, 2009

                                    _____
                                         DEAN D. PREGERSON
                                    UNITED STATES DISTRICT JUDGE