1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **CENTRAL DISTRICT OF CALIFORNIA**

10

11  **JESUS MARAVILLA,**                )   NO. CV 04-0684-DDP (MAN)
                                        )
12                  **Petitioner,**     )   JUDGMENT
                                        )
13          **v.**                      )
                                        )
14  **RICHARD RIMMER,**                 )
                                        )
15                  **Respondent.**     )
                                        )
16                                      )
                                        )
17  _____ )

18      Pursuant to the Court's Order Accepting and Adopting Findings,

19  Conclusions and Recommendations of United States Magistrate Judge,

20

21      IT IS ADJUDGED that the above-captioned action is dismissed with

22  prejudice.

23

24  DATED:  June 12, 2009

25                                      _____
                                              DEAN D. PREGERSON
26                                       UNITED STATES DISTRICT JUDGE

27

28